No. 2334.—EL PUEBLO, APDO., v. HERRERA, APLTE.—C. D. San Juan, Disto. 1º.  Dic. 10, 1924.

No. 3431.—AGOSTINI, APLTE., v. CORTE MUNICIPAL DE SAN JUAN, SECCIÓN PRIMERA, APDA.—C. D. San Juan, Disto. 1º. Dic. 11, 1924.

No. 3464.—AGOSTINI, APLTE., v. CORTE MUNICIPAL DE SAN JUAN, SECCIÓN PRIMERA, RECURRIDA, Y REAL, APDO.—C. D. San Juan, Disto 1º.  Dic. 11, 1924.

No. 2956.—BRAVO, APDO., v. MARTÍNEZ HERMANOS, DEMAN-DADA, Y MARTÍNEZ, APLTE.—C. D. Mayagüez.  Cancelación. Enero 6, 1925.

No. 3406.—SUN LIFE ASSURANCE COMPANY, APLTE., v. COR-DERO, APDA. — C. D. Ponce.  Nulidad de seguro de vida. Enero 7, 1925.

No. 2373.—EL PUEBLO, APDO., v. ROSA (a) MAN, APLTE.—C. D. Humcaao.  Acometimiento y agresión.  Enero 12, 1925.

No. 3538.—LÓPEZ DÍAZ, APLTE., v. RÍOS ET AL., APDOS.—C. D. Arecibo.  Desahucio.  Enero 13, 1925.

No. 2419. — EL PUEBLO, APDO., v. RIVERA (a) CHALEMÁN, APLTE.—C. D. San Juan, Disto. 2º.  Hurto de mayor cuantía. Encro 23, 1925.

No. 3550.—NADAL, APLTE., v. CARRIÓN, APDO. — C. D. Ma-yagüez.  Reivindicación.  Feb. 2, 1925.

No. 2442.—EL PUEBLO, APDO., v. SORIANO, APLTE.—C. D. San Juan, Disto. 1º.  Escalamiento en primer grado.  Feb. 3, 1925.

Nos. 3355 y 3356.—FRANQUI, APDO., v. MAYENS, APLTE.—PADILLA, APDO., v. MAYENS, APLTE.—C. D. Mayagüez.  In-cumplimiento de contrato.  Feb. 5, 1925.

No. 3395.—RAMÍREZ, APDO., v. GUERRA, DEMANDADO, Y BE-TANCOURT Y GUZMÁN, FIADORES, APLTES.—Cobro de dinero. Feb. 5, 1925.

No. 3540.—MONAGAS ET AL., APLTES., v. BERMÚDEZ, APDO.—C. D. Mayagüez.  Daños y perjuicios.  Feb. 9, 1925.

No. 2376.—EL PUEBLO, APDO., v. VELÁZQUEZ, APLTE.—C. D. Ponce.  Infracción art. 93 Código Penal.  Feb. 20, 1925.